the consideration or decision of this application. *Messrs. Joseph M. Proskauer* and *Randall J. LeBoeuf, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Chester T. Lane, K. Norman Diamond, Charles V. Shannon,* and *Louis W. McKernan* for respondent.

No. 292. CARROLL *v.* SQUIER, WARDEN, ET AL. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Jack L. Carroll, pro se. Solicitor General Fahy* for respondents.

No. 459. PYLE *v.* JOHNSTON, WARDEN. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Raymond Pyle, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for respondent.

No. 487. KELLEY *v.* CALIFORNIA. See *ante,* p. 715.

No. 213. TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL. See *ante,* p. 716.

No. 439. FRYBERGER *v.* CONSOLIDATED ELECTRIC & GAS CO. ET AL. December 6, 1943. Petition for writ of certiorari to the Supreme Court of New York, County of New York, denied. *Mr. Harrison E. Fryberger* for petitioner. *Mr. Arthur M. Boal* for respondents.